632

435 A.2d 1311

Commonwealth v. Summerford, Appellant.

Submitted September 11, 1980.   Michael J. Cammarano, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

435 A.2d 1311

Commonwealth ex rel. Wright v. Wright, Appellant.

Argued May 27, 1981.   David H. Kubert, for appellant;  Germaine Ingram, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Order affirmed.